JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-1012 MHP |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| ERNESTO FLORESCA, | ) |
| Defendant. | ) |

With the agreement of the parties in open court on November 2, 2009, and with the consent of the defendant Ernesto Floresca ("defendant"), the Court enters this order (1) setting a status hearing on November 16, 2009, at 10:00 a.m. before the Honorable Marilyn Hall Patel, and (2) documenting the exclusion of time under the Speedy Trial Act from November 2, 2009, to November 16, 2009. The parties stipulate, and the Court finds and holds, as follows:

1. The defendant appeared before the Court on November 2, 2009. The Court advised the parties at that time that it would be recusing itself from the case, based on the fact that, as represented by the United States in its Rule 12.4(a)(2) certification, General Electric Company is a victim in this matter.

2. During the November 2, 2009, the defendant also indicated to the Court that he wished to represent himself, and so moved. The Court did not rule on the defendant's motion.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1012 MHP]

3. Based on the delay that will be caused by transfer of this case to another judge and based on the defendant's pending motion to proceed pro se, the Court finds that time is automatically excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and (E).  The Court also finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until November 16, 2009, is necessary for effective preparation of the defense in this matter, based on the fact that both appointed counsel and the defendant will need additional time to prepare for trial.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 2, 2009, to November 16, 2009, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing for November 16, 2009, at 10:00 a.m. before the Honorable Marilyn Hall Patel, and (2) orders that the period from November 2, 2009, to November 16, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) & (E) and 3161(h)(7)(A) & (B)(iv).  If this matter is re-assigned to another judge prior to November 16, 2009, the November 16, 2009 hearing will be vacated, and the parties are ordered to appear before the newly-assigned judge at that judge's next scheduled criminal calendar.

SO STIPULATED.

DATED:  November 3, 2009JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney


DATED: November 3, 2009_____/s/_____
GEOFFREY HANSEN
Attorney for defendant Ernesto Floresca

IT IS SO ORDERED.

DATED:  November _4_, 2009

MARILYN HALL PATEL
United States District Judge



STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1012 MHP]   -2-