```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, 11th Floor
 6     San Francisco, California 94102
       Telephone: (415) 436-6830
 7     Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1012 JSW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| ERNESTO FLORESCA, ) | |
| Defendant. ) | |

With the consent of the defendant Ernesto Floresca ("defendant"), the Court enters this order (1) setting a trial date on July 6, 2010, at 8:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from and including May 10, 2010 through and including May 31, 2010. The Court finds and holds, as follows:

    1.    The defendant appeared before the Court on April 29, 2010. At that time, the Court denied the defendant's motion to suppress his statements based on the argument that his will was overborne at the time of his interview by FBI agents on September 3, 2010. The Court then set a trial date of July 6, 2010.

    2.    Government counsel advised the Court and the defendant on April 29, 2010, that he would be out of the office on family leave for approximately 22 days in May 2010. (Counsel had previously advised the Court and the defendant on March 31, 2010 that his wife was

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1012 JSW]

expecting a baby; the baby is due on May 9, 2010.) During the period of time that government counsel will be on family leave, government counsel will be unable to effectively prepare for trial in this matter, in light of his leave, in light of his family responsibilities, and in light of the fact that he is also set for trial in a case pending before The Honorable Susan Illston on June 21, 2010. That case is captioned United States v. Alex Chiu, CR 09-1150 SI.

3. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, setting the trial date on July 6, 2010 and excluding time under the Speedy Trial Act from and including May 10, 2010 through May 31, 2010 is necessary for continuity of government counsel and for effective preparation of government counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 10, 2010 to May 31, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant Ernesto Floresca, the Court (1) sets a trial date for July 6, 2010, at 8:00 a.m., and (2) orders that the period from and including May 10, 2010 to May 31, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

SO STIPULATED.

DATED: April 30, 2010                         JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              /s/
                                              KYLE F. WALDINGER
                                              Assistant United States Attorney

DATED: April 30, 2010                         /s/
                                              ERNESTO FLORESCA
                                              Defendant

IT IS SO ORDERED. **It is FURTHER ORDERED that counsel for the Government shall serve this Order on Defendant.**

DATED: April 30, _____, 2010
                                              JEFFREY S. WHITE
                                              United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-1012 JSW]   -2-