IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERNESTO FLORESCA,<br><br>　　　　Defendant.　　　　　　　　／ | No. CR 09-01012-1 JSW<br><br>**ORDER TO SHOW CAUSE RE SEALING** |

On July 19, 2010, in response to an order of this Court, the Government filed the Report of Defendant's Handwriting Expert (Docket No. 160). Because some of the exhibits to that Report contain financial information of third parties or other information that may be sealable, the parties are HEREBY ORDERED TO SHOW CAUSE why portions of that report should not be removed from the public record and filed under seal. Specifically, the parties are order to show cause why the following should not be redacted or filed under seal:

　　　Docket No. 160-1: pages 21-22, 25-30;

　　　Docket No. 160-2: pages 3-8, 10-11;

　　　Docket No. 160-4: pages 2-10;

　　　Docket No. 160-5: pages 10-22; and

　　　Docket No. 160-6: pages 10-11.

//

//

//

The parties' responses to this Order to Show Cause shall be due by no later than July 30, 2010. Pending resolution of this Order to Show Cause, Docket No. 160 shall be locked.

**IT IS SO ORDERED.**

Dated: July 21, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

ERNESTO FLORESCA et al,

        Defendant.

Case Number: CR09-01012 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto Floresca
896 Skyline Drive
Daly City, CA 94015

Dated: July 21, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3