1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6830
7       Fax: (415) 436-7234
        E-Mail: kyle.waldinger@usdoj.gov
8
   Attorneys for United States of America
9
10                      UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        ) No. CR 09-1012 JSW
                                    )
14        Plaintiff,                ) **JOINT MOTION AND REQUEST TO**
                                    ) **CONTINUE HEARING AND SET**
15     v.                           ) **SENTENCING DATE AND [PROPOSED]**
                                    ) **ORDER**
16 ERNESTO FLORESCA,                )
                                    )
17        Defendant.                )
                                    )
18

19       It is hereby stipulated by and between counsel for the United States, Assistant United States

20 Attorney Kyle F. Waldinger, and counsel for defendant Ernesto Floresca, James A. McElroy, that,

21 subject to the Court's approval, the sentencing hearing presently set for February 6, 2014, be continued

22 and set for a sentencing hearing on February 13, 2014, at 2:00 p.m.  The United States has previously

23 determined from reviewing the Court's publicly posted scheduling information that the Court is

24 currently available for a hearing on that date.  The currently assigned probation officer, Jill Polish

25 Spitalieri, also has been consulted with respect to this date, and she is available.  In support of this

26 request, the parties further state as follows:

27       1.      On August 9, 2010, the defendant Ernesto Floresca pleaded guilty to Counts One through

28 Nine of the Second Superseding Indictment, which charged him with conspiracy to commit mail fraud

JOINT MTN. TO CONTINUE SENTENCING
CR 09-1012 JSW

1. and wire fraud (Count One) and mail fraud (Counts Two through Nine). The defendant Floresca's plea was pursuant to a plea agreement in which he agreed to cooperate with the government's investigation and prosecution of other individuals. Since that time, the parties have jointly requested that the Court continue the defendant's sentencing date several times.

2. The parties' last joint motion requested that the Court set the sentencing date for January 30, 2014. The parties also informed the Court at that time that the defendant Floresca's cooperation in a case pending in San Jose, *United States v. Valdovinos et al.*, CR 11-00308 DLJ, would likely be complete by that time.

3. The Court later continued the January 30, 2014 sentencing date to February 6, 2014, based on its own motion.

4. On January 9, 2014, the *Valdovinos* defendant against whom Mr. Floresca would likely have testified pleaded guilty. Accordingly, the United States believes that Mr. Floresca's cooperation is now complete.

5. The parties are requesting that the Court continue the February 6, 2014, sentencing date one week – to February 13, 2014 – because counsel for the government will be out of the District on that day. Specifically, government counsel will be making a presentation at the Department of Justice's National Advocacy Center in Columbia, South Carolina as part of a seminar relating to intellectual property crimes. Government counsel has been the assigned prosecutor on this case since its inception and is the attorney for the government that has the most knowledge of the facts of this case. For these reasons, the parties believe that it is appropriate for assigned government counsel to handle the sentencing of this matter, rather than another attorney for the government.

6. For all of these reasons, the parties jointly request that this Court vacate the sentencing

///
///
///
///
///
///

JOINT MTN. TO CONTINUE SENTENCING
CR 09-1012 JSW                                                             2

1  hearing presently set for February 6, 2014, and set a sentencing hearing for February 13, 2014 at 2:00

2  p.m.

3  SO STIPULATED.

5  Dated: January 14, 2014                              MELINDA HAAG
                                                        United States Attorney

7                                                       _____/s/_____
                                                        KYLE F. WALDINGER
8                                                       Assistant United States Attorney

10 Dated: January 14, 2014                              _____/s/_____
                                                        JAMES A. MCELROY
11                                                      Attorney for defendant Ernesto Floresca

13                              [PROPOSED] ORDER

14     GOOD CAUSE APPEARING,

15     IT IS ORDERED that the sentencing hearing presently set for February 6, 2014, be continued to

16 February 13, 2014 at 2:00 p.m.

18 Dated this 14th day of January, 2014.

19                                                      _____
                                                        HON. JEFFREY S. WHITE
20                                                      United States District Judge

JOINT MTN. TO CONTINUE SENTENCING
CR 09-1012 JSW                              3